**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 08-1741**

_____

MARY J. STEPHENS-FRAZIER,

            Plaintiff – Appellant,

     v.

NATIONAL INSTITUTE OF HEALTH,

            Defendant – Appellee.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   J. Frederick Motz, District Judge.
(1:07-cv-00435-JFM)

_____

Submitted:  September 3, 2009      Decided:  October 5, 2009

_____

Before NIEMEYER, SHEDD, and AGEE, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Sherrie T. Howell, Baltimore, Maryland, for Appellant.  Rod J.
Rosenstein, United States Attorney, Melanie L. Glickson,
Assistant United States Attorney, Baltimore, Maryland, for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dr. Mary J. Stephens-Frazier appeals the district court's order granting Defendant's motion to dismiss or, in the alternative, for summary judgment on her race discrimination, hostile work environment harassment and retaliation claims, in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e to 2000e-17 (2006), and state law claim for intentional infliction of emotional distress, and its order denying her Fed. R. Civ. P. 59(e) motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. See Stephens-Frazier v. National Inst. of Health, No. 1:07-cv-00435-JFM (D. Md. filed May 19, 2008, entered May 20, 2008; May 30, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED